IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANET HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:11-CV-02991-JOF |
| | ) | |
| BANK OF AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO DISMISS**

COMES NOW, Defendant Bank of America, N.A., [1] (hereinafter "BANA" or "Defendant") by and through its counsel, McGuireWoods LLP, and hereby moves this Court to dismiss Plaintiff's Complaint on the following grounds:

1. That the Complaint fails to state a claim upon which relief can be granted against Defendant. Fed.R.Civ.P. 12(b)(6).

2. That the Complaint fails to make a short, plain statement of the claim and failure to show that Plaintiff is entitled to any relief against Defendant. Fed.R.Civ.P. 8(a).

[1] Plaintiff asserts a claim against "Bank of America, Inc." Defendant is not aware of this entity. It is assumed the claim was intended to be asserted against Bank of America, N.A. and Defendant responds as such.

In support of this Motion, Defendant submits herewith its Memorandum of Law containing argument and citation of authorities.

WHEREFORE, Defendant prays for the following relief:

(a) That the Complaint be dismissed with prejudice;

(b) That Defendant be discharged with all costs taxed to Plaintiff and that reasonable attorney's fees incurred by Defendant in defending this action be cast against Plaintiff; or in the alternative

(c) That Plaintiff be ordered to post bond; and

(d) For such other relief as the Court deems just and proper.

This 14th day of September, 2011.

/s/ Andrew G. Phillips
Andrew G. Phillips
Georgia Bar No. 575627
McGuireWoods LLP
1230 Peachtree Street, N.E.
Promenade II, Suite 2100
Atlanta, Georgia 30309-3534
(404) 443-5724 (telephone)
(404) 443-5773 (facsimile)
aphillips@mcguirewoods.com

*Attorneys for Defendant Bank of America, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANET HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:11-CV-02991-JOF |
| | ) | |
| BANK OF AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE, FONT AND MARGIN**

I hereby certify that on September 14, 2011, I electronically filed the foregoing *Motion to Dismiss* with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

/s/ Andrew G. Phillips
Andrew G. Phillips