IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANET HILL,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, INC.,<br><br>Defendant. | ) | CIVIL ACTION FILE<br>NO. 1:11-CV-02991-JOF |

**[PROPOSED] ORDER ON MOTION TO DISMISS**

This matter is before the Court on the motion of Defendant Bank of America, N.A. to dismiss Plaintiff's Complaint for failing to state a claim upon which relief may be granted, failing to make a short, plain statement of the claim, and failing to show that Plaintiff is entitled to any relief against Defendant. Having considered the motion and argument presented, it appears that good cause exists to dismiss this action against Defendant Bank of America, N.A. with prejudice.

It is therefore ORDERED, ADJUDGED and DECREED that the Motion to Dismiss of Defendant Bank of America, N.A. is GRANTED and the action of Plaintiff against Defendant Bank of America, N.A. be DISMISSED WITH PREJUDICE.

SO ORDERED, this ____ day of ______________, 2011.

________________________________
J. Owen Forrester
Judge, United States District Court