FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 26 2011

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANET HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:11-CV-02991-JOF |
| | ) | |
| BANK OF AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

This matter is before the Court pursuant to a Motion filed by Defendant Bank of America, N.A., seeking to stay pretrial deadlines and discovery proceedings pending a resolution for the Motion to Dismiss filed by Defendant. For good cause shown, and in light of this Court's finding that a Stay of Pretrial Deadlines and Discovery proceedings will not prejudice Plaintiff, it is hereby ORDERED that all discovery in the above-captioned civil action shall be stayed until this Court enters an Order resolving the Motion to Dismiss filed by Defendant or until further Order of this Court.

SO ORDERED, this 23rd day of September, 2011.

[signature]

J. Owen Forrester
Senior Judge, United States District Court