**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **JANET HILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| **v.** | ) | **No. 1-11-cv-02991-JOF** |
| | ) | |
| **BANK OF AMERICA, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, by and through undersigned counsel, and respectfully requests this Honorable Court to grant leave, thereby permitting Plaintiff to file her first Amended Complaint, and states as follows:

1.

Plaintiff filed her Complaint in the Superior Court of Fulton County on or around July 29, 2011. And Defendants filed a Notice of Removal on or around September 7, 2011.

2.

Defendants filed a Motion to Dismiss [Doc2] on September 14, 2011 and a Motion to Stay Pretrial Deadlines and Discovery [Doc3] on September 20, 2011. The Court issued an Order [Doc4] on September 26, 2011 granting the stay of pretrial deadlines and discovery.

3.

On October 4, 2011 the parties filed a Consent Motion [Doc5] requesting an extension of time for Plaintiff to file a response to Doc2, and this Court signed an Order granting the motion on October 5, 2011.

4.

Plaintiff filed her response in opposition [Doc6] to Doc2 file on October 7, 2011, and requested leave to amend her Complaint.

5.

Although Defendants have not filed an Answer, pretrial deadlines have been stayed, and the parties have not engaged in Discovery, Plaintiff's Amended Complaint will not prejudice the Defendant in any way.

6.

In examining her pleadings, Plaintiff feels an Amended Complaint will conform to the evidence and better assist the Court in making a just and fair decision in deciding this matter.

7.

Plaintiff requests this Court to grant her leave to amend her complaint, as more fully set out in the attached Amended Complaint. If Plaintiff's motion is granted, Defendants will not be prejudiced thereby.

8.

A proposed Order is attached for the Court's convenience.

WHEREFORE, Plaintiff requests this Honorable Court to grant Plaintiff's Motion and allow her to file the attached Amended Complaint.

This 10th day of October, 2011.

Respectfully submitted,

/s/Greg Bailey
Gregory T. Bailey
Georgia Bar No. 032075
Attorney for Plaintiff

Greg T. Bailey & Associates
5682 Palazzo Way, Suite 101
Douglasville, Georgia 30134
Telephone: 404-397-1975 ext. 1100
Personal Fax: 404-755-1945
Email: attygregtbailey@msn.com

## CERTIFICATE OF FONT TYPE, SIZE AND SERVICE

This is to certify that I have this date presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(C), and that I electronically filed the document with the Clerk of Court using the CM/ECF system.

This 10th day of October, 2011.

/s/Greg Bailey
Gregory T. Bailey
Georgia Bar No. 032075
Attorney for Plaintiff

Greg T. Bailey & Associates
5682 Palazzo Way, Suite 101
Douglasville, Georgia 30134
Telephone: 404-397-1975 ext. 1100
Personal Fax: 404-755-1945
Email: attygregtbailey@msn.com