IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANET HILL,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE<br>NO. 1:11-CV-02991-JOF |

**DEFENDANT BANK OF AMERICA, N.A.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

COMES NOW, Defendant Bank of America, N.A. ("Defendant"), and respectfully submit its Response in Opposition to Plaintiff's Motion for Leave to Amend ("Opposition to Amendment"). In support of this Opposition to Amendment, Defendant states the following:

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and the corresponding local rule, a Complaint may only be amended with leave of the court once the more than 21 days has passed after filing of the initial responsive pleading. In this case, that period has passed and Plaintiff now seeks the Court's permission to amend. While leave to amend should be freely given, the futility of an amendment is justification for a dismissal with prejudice. See Carvel v. Godley, 2010 U.S. App.

LEXIS 24763, *4 (11th Cir. December 2, 2010) (citing Foman v. Davis, 371 U.S. 178, 182, 83 S. Ct. 227, 230 (1962)). In addition, if there is undue prejudice to defendants caused by the amendment, this is also grounds to prevent amendment. Paschal v. Florida Public Employees Relations Com., 666 F.2d 1381, 1384, 1982 U.S. App. LEXIS 22216 at 6-7 (11th Cir. 1982). Further, the purpose of the rule is "to enable a party to assert matters that were overlooked or were unknown at the time he interposed the original complaint . . ." *Cameron v. Peach County*, 2003 U.s. Dist. LEXIS 28078 at 11 (M.D.Ga. August 11, 2003) quoting 6 Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1473, at 520 (2d ed. 1990).

Plaintiff's motion to amend the complaint claims that Defendant would not be prejudiced thereby based on the lack of discovery and stay of pre-trial deadlines to date. Further, Plaintiff claims the amended complaint would merely "conform to the evidence and better assist the Court in making a just and fair decision in this matter." Plaintiff also "requests this Court to grant her leave to amend her complaint, as more fully set out in the attached Complaint." However, Plaintiff fails to attach any amended complaint and Defendant is left to guess as to whether the allegations are truly non-prejudicial and non-futile. Further, if the allegations merely expand on the claims made in the Complaint, this amendment should fail

for two reasons. First, the purpose of leave to amend is to add new information not known at the time of the Complaint. Clearly, Plaintiff admits this information was in their possession at the time of the Complaint and could have been provided to the Court. Second, if the allegations are the same as the prior Complaint, adding the same would be futile since the Complaint fails to state a claim upon which relief can be granted as required by Federal Rules of Civil Procedure 8(a) and 12(b)(6). *See Motion to Dismiss* filed by Defendant on September 14, 2011.

For the reasons stated above, Defendant respectfully requests Plaintiff's Motion to Amend be denied. In the alternative, Defendant respectfully requests Plaintiff be required to provide more notice to Defendant of the proposed amendments in order to enable a full response addressing any prejudice to Defendant or outlining the futility of the amendment prior to this relief being granted.

This 21st day of October, 2011.

/s/ Andrew G. Phillips

Andrew G. Phillips
Georgia Bar No. 575627
McGuireWoods LLP
1230 Peachtree Street, N.E.
Promenade II, Suite 2100
Atlanta, Georgia 30309-3534
(404) 443-5724 (telephone)

(404) 443-5773 (facsimile)
aphillips@mcguirewoods.com
*Attorneys for Defendant Bank of America, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANET HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:11-CV-02991-JOF |
| | ) | |
| BANK OF AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE, FONT AND MARGIN**

I hereby certify that on October 21, 2011, I electronically filed the foregoing *Response in Opposition to Plaintiff's Motion to Amend* with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

/s/ Andrew G. Phillips
Andrew G. Phillips