**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **JANET HILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| **v.** | ) | **No. 1-11-cv-02991-JOF** |
| | ) | |
| **BANK OF AMERICA, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S AMENDED MOTION**
**FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff hereby moves this court for leave to file the attached Amended Complaint ("Exhibit A") pursuant to Fed. R. Civ. P. 15. For the reasons set forth in the accompanying Memorandum, Plaintiff respectfully requests that this Court grant her leave to file this first Amended Complaint because it will clarify Plaintiff's claims against Defendant and will not cause any prejudice.

1.

Plaintiff filed her Complaint in the Superior Court of Fulton County on or around July 29, 2011. And Defendants filed a Notice of Removal on or around September 7, 2011.

2.

Defendants filed a Motion to Dismiss [Doc2] on September 14, 2011 and a Motion to Stay Pretrial Deadlines and Discovery [Doc3] on September 20, 2011.

The Court issued an Order [Doc4] on September 26, 2011 granting the stay of pretrial deadlines and discovery.

3.

On October 4, 2011 the parties filed a Consent Motion [Doc5] requesting an extension of time for Plaintiff to file a response to Doc2, and this Court signed an Order granting the motion on October 5, 2011.

4.

Plaintiff filed her response in opposition [Doc6] to Doc2 on October 7, 2011, and requested leave to amend her Complaint.

5.

Consequently, Plaintiff filed a motion for leave to amend her complaint and erroneously filed Exhibit A, as shown in the docket report, which is attached hereto and referenced herein as Exhibit "B."

6.

Defendants have not filed an Answer, and at the request of Defendant pretrial deadlines have been stayed [Doc3 and Doc4], and the parties have not engaged in Discovery; therefore, Plaintiff's Amended Complaint will not prejudice the Defendant in any way.

7.

In examining her pleadings, Plaintiff feels an Amended Complaint will

conform to the evidence and better assist the Court in making a just and fair decision in deciding this matter.

8.

For all of the above reasons, Plaintiff respectfully requests that the Court grant her leave to amend her complaint, and consider the attached hereto as Exhibit to be filed.

9.

A proposed Order is attached for the Court's convenience.

WHEREFORE, Plaintiff requests this Honorable Court to grant Plaintiff's Amended Motion and allow her to amend her Complaint.

This 1st day of November, 2011.

Respectfully submitted,

/s/Greg Bailey

Gregory T. Bailey
Georgia Bar No. 032075
Attorney for Plaintiff

Greg T. Bailey & Associates
5682 Palazzo Way, Suite 101
Douglasville, Georgia 30134
Telephone: 404-397-1975 ext. 1100
Personal Fax: 404-755-1945
Email: attygregtbailey@msn.com

**CERTIFICATE OF FONT TYPE, SIZE AND SERVICE**

This is to certify that I have this date presented this document in Times New Roman, 14 point type in accordance with L.R. 5.1(C), and that I electronically filed the document with the Clerk of Court using the CM/ECF system.

This 1st day of November, 2011.

/s/Greg Bailey
Gregory T. Bailey
Georgia Bar No. 032075
Attorney for Plaintiff

Greg T. Bailey & Associates
5682 Palazzo Way, Suite 101
Douglasville, Georgia 30134
Telephone: 404-397-1975 ext. 1100
Personal Fax: 404-755-1945
Email: attygregtbailey@msn.com