# EXHIBIT “B”

4months, SUBMDJ

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:11-cv-02991-JOF

Hill v. Bank of America, Inc.
Assigned to: Judge J. Owen Forrester
Case in other court: Superior Court of Fulton County, 2011CV203839
Cause: 28:1444 Petition for Removal- Foreclosure

Date Filed: 09/07/2011
Jury Demand: None
Nature of Suit: 220 Real Property: Foreclosure
Jurisdiction: Federal Question

**Plaintiff**

**Janet Hill**

represented by **Gregory Timothy Bailey**
Greg T. Bailey & Associates
Suite 101
5682 Palazzo Way
Douglasville, GA 30134
404-397-1975 x. 1100
Fax: 1-877-518-2840
Email: attygregtbailey@msn.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bank of America, Inc.**

represented by **Andrew G. Phillips**
McGuire Woods LLP-GA
1230 Peachtree Street, N.E.
Suite 2100, Promenade II
Atlanta, GA 30309
404-443-5724
Fax: 404-443-5773
Email: aphillips@mcguirewoods.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2011 | 1 | NOTICE OF REMOVAL with COMPLAINT filed by Bank of America, Inc. Consent form to proceed before U.S. Magistrate and pretrial instructions provided. (Filing fee $ 350 receipt number 113E-3499519). (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet) (rej) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 09/08/2011) |
| 09/14/2011 | 2 | MOTION to Dismiss with Brief In Support by Bank of America, Inc.. (Attachments: # 1 Brief, # 2 Text of Proposed Order)(Phillips, Andrew) |

| | | |
|---|---|---|
| | | (Entered: 09/14/2011) |
| 09/20/2011 | 3 | MOTION to Stay *Pretrial Deadlines and Discovery* with Brief In Support by Bank of America, Inc.. (Attachments: # 1 Brief, # 2 Text of Proposed Order)(Phillips, Andrew) (Entered: 09/20/2011) |
| 09/26/2011 | 4 | ORDER granting 3 Motion to Stay Pretrial Deadlines and Discovery. All discovery shall be stayed until this Court enters an Order resolving the 2 Motion to Dismiss. Signed by Judge J. Owen Forrester on 9/23/11. (beg) (Entered: 09/26/2011) |
| 10/04/2011 | 5 | Unopposed MOTION for Extension of Time File Response re: 2 MOTION to Dismiss by Janet Hill. (Attachments: # 1 Text of Proposed Order)(Bailey, Gregory) (Entered: 10/04/2011) |
| 10/05/2011 | | MINUTE ORDER by CRD granting 5 Unopposed Motion for Extension of Time. (pkl) (Entered: 10/05/2011) |
| 10/07/2011 | 6 | RESPONSE in Opposition re 2 MOTION to Dismiss filed by Janet Hill. (Bailey, Gregory) (Entered: 10/07/2011) |
| 10/10/2011 | 7 | MOTION for Leave to File Amended Complaintby Janet Hill. (Attachments: # 1 Text of Proposed Order)(Bailey, Gregory) (Entered: 10/10/2011) |
| 10/10/2011 | 8 | PLEADING FILED IN ERROR AS LEAVE HAS NOT BEEN GRANTED First AMENDED COMPLAINT against Janet Hill, filed by Janet Hill.(Bailey, Gregory) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. Modified on 10/11/2011 (beg). (Entered: 10/10/2011) |
| 10/13/2011 | 9 | REVISED CASE INSTRUCTIONS. (fap) (Entered: 10/13/2011) |
| 10/21/2011 | 10 | RESPONSE in Opposition re 7 MOTION for Leave to File Amended Complaint filed by Bank of America, Inc.. (Phillips, Andrew) (Entered: 10/21/2011) |
| 10/21/2011 | 11 | REPLY to Response to Motion re 2 MOTION to Dismiss filed by Bank of America, Inc.. (Phillips, Andrew) (Entered: 10/21/2011) |
| 10/25/2011 | | Submission of 2 MOTION to Dismiss, submitted to District Judge J. Owen Forrester. (beg) (Entered: 10/25/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/01/2011 08:33:29 | | | |
| **PACER Login:** | gb1682 | **Client Code:** | Hill v BOA |
| **Description:** | Docket Report | **Search Criteria:** | 1:11-cv-02991-JOF |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |