**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JANET HILL,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, INC.<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1-11-cv-02991-JOF |

**ORDER**

Upon review of the Plaintiff's motion for leave to file her first Amended Complaint and for good cause shown, this Court hereby **GRANTS** said motion for leave to amend complaint.

IT IS SO ORDERED this __________ day of _______________, 2011.

______________________________
UNITED STATES DISTRICT JUDGE