**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JANET HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 1-11-cv-02991-JOF |
| | ) | |
| BANK OF AMERICA, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# NOTICE OF APPEAL

Notice is hereby given that Janet Hill, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on the 28th day of February, 2012.

/s/ Greg T. Bailey
Gregory T. Bailey
Georgia Bar No. 032075
Attorney for Plaintiff

Greg T. Bailey & Associates
5682 Palazzo Way, Suite 101
Douglasville, Georgia 30134
Telephone: 404-397-1975
Personal Fax: 404-755-1945
Email: attygregtbailey@msn.com