**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

---

No. 12-11740

---

District Court Docket No.
1:11-cv-02991-JOF

JANET HILL,

Plaintiff - Appellant,

versus

BANK OF AMERICA, INC.,

Defendant - Appellee.

---

Appeal from the United States District Court for the
Northern District of Georgia

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 12, 2013
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

Issued as Mandate
April 11, 2013

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

April 11, 2013

For rules and forms visit
www.ca11.uscourts.gov

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 12-11740-CC
Case Style: Janet Hill v. Bank of America, Inc.
District Court Docket No: 1:11-cv-02991-JOF

The enclosed judgment is hereby issued as the mandate of this court.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel. A copy of the court's decision was previously mailed to counsel on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

MDT-1 Letter Issuing Mandate